**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Roberto V. RIVERA, Defendant–
Appellant.**

**No. 14–1988.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 17, 2014.

Filed: Sept. 23, 2014.

Thomas J. Wright, U.S. Attorney's Office, Sioux Falls, SD, for Plaintiff–Appellee.

Roberto V. Rivera, Oklahoma City, OK, PRO SE.

---

1. The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

. Jason J. Tupman, Assistant, Federal Public Defender's Office, Sioux Falls, SD, for Defendant–Appellant.

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

## PER CURIAM.

Roberto Rivera directly appeals the statutory-maximum sentence that the district court[1] imposed upon revoking his probation. For reversal, he argues that the sentence is substantively unreasonable.

Upon careful review, we conclude that the sentence is not unreasonable, because the court properly considered the Chapter 7 policy statements and appropriate 18 U.S.C. § 3553(a) factors, and gave supporting reasons for its decision. *See United States v. Larison,* 432 F.3d 921, 924 (8th Cir.2006) (affirming statutory-maximum revocation sentence where district court justified decision by giving supporting reasons); *United States v. Tyson,* 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion for leave to withdraw.

---

1. The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.